| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | **Starion Energy, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **27-1030943** |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| **P.O. Box 845** **Middlebury, CT 06762** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Haven** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website (URL)** | **https://www.starionenergy.com** |

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Starion Energy, Inc.**_____   Case number (*if known*) _____
       <sub>Name</sub>

**7.**   **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    List all cases. If more than 1, attach a separate list

    ☐ No

    ■ Yes.

| Debtor | **See Attachment** | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Starion Energy, Inc.** | Case number (*If known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**▆ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Starion Energy, Inc.**                                          Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   M / 14 / 2018
             MM / DD / YYYY

X  _____                    **Thomas Stiner**
   Signature of authorized representative of debtor     Printed name

Title   **Controller** _____

**18. Signature of attorney**

X  _____                    Date _____
   Signature of attorney for debtor                         MM / DD / YYYY

**Ronald Gellert 4259**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-425-5800**     Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

Debtor    **Starion Energy, Inc.**                                                Case number (*if known*) _____
          Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____        **Thomas Stiner**
Signature of authorized representative of debtor        Printed name

Title    **Controller**

---

**18. Signature of attorney**

X _Ronnel Gell_____        Date  **11/14/18**
Signature of attorney for debtor                MM / DD / YYYY

**Ronald Gellert 4259**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-425-5800**        Email address    **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

Debtor    __Starion Energy, Inc._____         Case number (if known) _____
          Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE _____

Case number (if known) _____    Chapter __11__

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Starion Energy NY, Inc.** | | Relationship to you | _____ |
| District | **Delaware** | When _____ | Case number, if known | _____ |
| Debtor | **Starion Energy PA, Inc.** | | Relationship to you | _____ |
| District | **Delaware** | When _____ | Case number, if known | _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of **Delaware**

**In re**

STARION ENERGY, INC.

Case No. _____

**Debtor**

Chapter **11**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 75,000.00 (retainer)

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/14/18
_____
*Date*

_____ (DE 4259)
*Signature of Attorney*

Gellert Scali Busenkell &Brown, LLC
_____
*Name of law firm*

## WRITTEN CONSENT OF SOLE DIRECTOR OF
## STARION ENERGY, INC., STARION ENERGY NY, INC.,
## AND STARION ENERGY PA, INC.

### November 14, 2018

The undersigned, being sole director (the "Member") of each Starion Energy, Inc., a Delaware corporation ("Parent"), and its wholly-owned subsidiaries, Starion Energy NY, Inc., a Delaware corporation ("NY Sub"), and Starion Energy PA, Inc., a Delaware corporation ("PA Sub" and collectively with Parent and NY Sub, the "Company") hereby take the following actions and adopts the following resolutions by written consent:

WHEREAS, the Member has reviewed and considered the financial and operational condition of the Company, and the Company's business of the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

WHEREAS, the Member has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provision of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, the Member and other interested parties, that a voluntary petition (the "Petition") be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by the Company under the provisions of the Bankruptcy Code; and it is further

1

RESOLVED, that the Company shall be, and hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which the Company deems reasonable, advisable, expedient, convenient, necessary or proper to obtain the relief requested in the Petition; and it is further

RESOLVED, the Ruzhdi Dauti and Thomas Stiner (the "Designated Persons") be, and each of them, acting alone or together, are hereby authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause such Petition to be filed with the Bankruptcy Court commencing a case (The "Bankruptcy Case") and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Gellert Scali Busenkell & Brown, LLC ("Gellert Scali") be, and hereby are, authorized and empowered to represent the Company as bankruptcy counsel to represent and assist the Company in carrying out its duties under this Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in its Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or together, hereby are, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Gellert Scali; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or together, hereby are, authorized, directed and empowered, on behalf of and in the name of the Company to

2

employ any other individual and/or firm as professionals, consultants, financial advisors, or investment bankers to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Designated Persons be and each of them, acting alone or together, hereby are, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to file an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or together, hereby are, authorized and empowered, on behalf of and in the name of the Company to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company, including under debtor-in-possession credit facilities or relating to the use of case collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing of cash collateral agreements; and in connection therewith, the Designated Personas are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or together, hereby are, authorized, directed and empowered, on behalf of and in the name of the Company, to execute and deliver energy supply services to the Company's Customers (the "Customer Agreements"), and to take any and all other actions on behalf of the Company as may be necessary or desirable in connection with the Company's execution, delivery, and performance of the Company's obligations under the Customer Agreements, as the officer performing or executing

3

the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or together, hereby are, authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i)(a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding membership interests of any subsidiaries of the Company, if any, whether now owned or hereafter acquired, and (b) causing any subsidiary of the Company, if any, to pledge or grant liens or mortgages on, or security interests in, all or any portion of such subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing any subsidiaries of the Company, if any, to enter into, such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, any other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and have such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or together, hereby are, authorized, directed and empowered, on behalf of and in the name of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or

4

execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or together, hereby are, authorized, directed and empowered, on behalf of and in the name of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Designated Personas, shall be necessary, proper and desirable to prosecute to a successful completion the Bankruptcy Case and to effectuate the restructuring or liquidating of the Company's debt, other obligations, organizations form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purpose of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned, being the sole Director of the Company, has executed this consent, as of the 14th day of November, 2018.

SOLE DIRECTOR of each of
Starion Energy, Inc. Starion Energy NY,
Inc. and Starion Energy PA, Inc.:

Ruzhdi Dauti

Fill in this information to identify the case:

Debtor name     **Starion Energy, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑    *Schedule H: Codebtors* (Official Form 206H)
☑    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/14/18            X _____
                                    Signature of individual signing on behalf of debtor

                                    **Thomas Stiner**
                                    Printed name

                                    **Controller**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Starion Energy, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alexandrea Isaac 678 Cortland Circle Cheshire, CT 06410 | | | | | | $5,087.99 |
| Ally Bank P.O. Box 49050 Charlotte, NC 28277 | | | | | | $27,455.00 |
| Bank of America 100 North Tryon Street Suite 170 Charlotte, NC 28202 | | | | | | $84,877.00 |
| Commonwealth of Massachusetts Department of Revenue 100 Cambridge Street Boston, MA 02114 | | | | | | $12,110.98 |
| Dashmir Murtishi 224 Hidden Pond Dr Watertown, CT 06795 | | | | | | $8,023.23 |
| Destan Kupa 14 Niagara Street Staten Island, NY 10301 | | | | | | $200,000.00 |
| Fisnik Bizati 147 Graham Ridge Road Naugatuck, CT 06770 | | | | | | $285,000.00 |
| Fitor Mamudi 17 Logging Trail Ln Brookfield, CT 06804 | | | | | | $8,023.23 |

| Debtor | **Starion Energy, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Loanstars LLC 6 Weldon Woods Drive New Fairfield, CT 06812 | | | | | | $5,450,000.00 |
| Nevzat Bizati 143 Graham Ridge Road Naugatuck, CT 06770 | | | | | | $285,000.00 |
| Petrit Bizati 139 Graham Ridge Road Naugatuck, CT 06770 | | | | | | $285,000.00 |
| Robert Zappone 323 Cedar Mountain Rd Thomaston, CT 06787 | | | | | | $8,023.23 |
| Ruzhdi Dauti 6 Weldon Woods Rd New Fairfield, CT 06812 | | | | | | $7,466.95 |
| State of Connecticut Department of Revenue Services 450 Columbus Blvd., Ste 1, Hartford, CT 06102 | | | | | | $10,026.20 |
| State of New Jersey Division of Taxation P.O. Box 046 Trenton, NJ 08646 | | | | | | $187,367.93 |
| State of New York NYS Assessment Receivables P.O. Box 4127 Binghamton, NY 13902 | | | | | | $17,687.71 |
| State of New York NYS Assessment Receivables P.O. Box 4127 Binghamton, NY 13902 | | | | | | $5,000.00 |
| State of Ohio Department of Taxation P.O. Box 181140 Columbus, OH 43216 | | | | | | $8,691.07 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Starion Energy, Inc.**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Todd Carew** **900 Bunker Hill Rd** **Danbury, CT 06810** | | | | | | **$5,180.33** |
| Commonwealth of Massachussetts Office of Attorney General One Ashburton Place Boston MA 02108 | | | C, U, D | | | Unknown |

**Fill in this information to identify the case:**

Debtor name **Starion Energy, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*............................................................................    $          0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................    $    26,888,675.74

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................    $    26,888,675.74

**Part 2:**    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..........    $          0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      338,809.24

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    6,617,332.00

4.    **Total liabilities** ............................................................................................................
     Lines 2 + 3a + 3b    $    6,956,141.24

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Starion Energy, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

|   |   | Current value of debtor's interest |
|---|---|---|
| 2. | Cash on hand | $0.00 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | KeyBank | Operating Account | 0045 | $362,676.74 |
| 3.2. | Peoples United Bank | | 4138 | $253,947.00 |
| 3.3. | KeyBank | | 0298 | $52,500.00 |
| 3.4. | KeyBank | | 0306 | $105,000.00 |
| 3.5. | KeyBank | | 0314 | $21,000.00 |
| 3.6. | Payoneer | | 8246 | $12,916.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Starion Energy, Inc.**                              Case number *(If known)* _____
_____
          Name

4.        Other cash equivalents *(Identify all)*

          4.1.   **Prepaid debit cards**                                              $13,840.00

5.        **Total of Part 1.**                                                    | $821,879.74 |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
6. Does the debtor have any deposits or prepayments?

          ☐ No.  Go to Part 3.
          ■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

          7.1.   **Utility deposits**                                             $1,959,216.00

          7.2.   **Security deposits**                                              $62,000.00

          7.3.   **New England ISO**                                                $33,593.00

          7.4.   **NYISO**                                                         $628,144.00

          7.5.   **PJM ISO**                                                     $3,050,546.00

          7.6.   **MISO**                                                           $89,704.00

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                  | $5,823,203.00 |
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
10. Does the debtor have any accounts receivable?

          ☐ No.  Go to Part 4.
          ■ Yes Fill in the information below.

11.       **Accounts receivable**

          11a. 90 days old or less:        19,287,510.00      -            0.00    = ....      $19,287,510.00
                                          face amount              doubtful or uncollectible accounts

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Starion Energy, Inc.**
_____    Case number *(if known)*    _____
Name

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | $19,287,510.00 |

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: |  |  |
| 14.1. | RJ O'Brien Hedging Account | | $22,510.00 |
| 14.2. | Emera Energy Services Hedging Account | | $30,000.00 |
| 14.3. | BP Energy Hedging Account | | $220,000.00 |
| 14.4. | Nextera Heding Account | | $662,932.00 |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.    | $935,442.00 |

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor   **Starion Energy, Inc.**                                    Case number *(If known)* _____
         Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| Office furniture | $0.00 | | $20,641.00 |

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                          | $20,641.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **751 Straits Turnpike, Suite 2000, Middlebury CT 06762** | Lease | $0.00 | | $0.00 |

56. **Total of Part 9.**                                                                         | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    __Starion Energy, Inc._____    Case number *(if known)* _____
             Name

57.  Is a depreciation schedule available for any of the property listed in Part 9?
     ■ No
     ☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites | | | |
|      https://www.starionenergy.com | $0.00 | | Unknown |
| 62.  Licenses, franchises, and royalties | | | |
| 63.  Customer lists, mailing lists, or other compilations | | | |
|      Customer lists | $0.00 | | Unknown |
| 64.  Other intangibles, or intellectual property | | | |
|      Other intangibles | $0.00 | | Unknown |
| 65.  Goodwill | | | |
|      Goodwill | $0.00 | | Unknown |

66.  **Total of Part 10.**                                              $0.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
     ■ No
     ☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **Starion Energy, Inc.**
          Name

Case number *(If known)* _____

☐ Yes Fill in the information below.

Debtor    **Starion Energy, Inc.**                                    Case number *(if known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $821,879.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,823,203.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,287,510.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $935,442.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,641.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,888,675.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,888,675.74 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Starion Energy, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Starion Energy, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,087.99 | $5,087.99 |
| **Alexandrea Isaac** **678 Cortland Circle** **Cheshire, CT 06410** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,488.31 | $1,488.31 |
| **Andrew Kaplan** **68 Woodcrest Lane** **Danbury, CT 06810** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Debtor __Starion Energy, Inc.__      Case number (if known) _____
      Name

| | | |
|---|---|---|

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,110.98 | $12,110.98

**Commonwealth of Massachusetts**
**Department of Revenue**
**100 Cambridge Street**
**Boston, MA 02114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,110.98     $12,110.98

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

�too No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Commonwealth of Pennsylvania**
**PA Bureau of Administrative**
**Services**
**P.O. Box 3265**
**Harrisburg, PA 17105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,258.59     $2,258.59

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Dashmir Murtishi**
**224 Hidden Pond Dr**
**Watertown, CT 06795**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,023.23     $8,023.23

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**District of Columbia**
**Office of Tax and Revenue**
**P.O. Box 96019**
**Washington, DC 20090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$691.24     $691.24

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Starion Energy, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,957.19 $3,957.19 |
| | **Duane Gereski** | *Check all that apply.* | |
| | **18 West Meadows Rd** | ☐ Contingent | |
| | **Watertown, CT 06795** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,023.23 $8,023.23 |
| | **Fitor Mamudi** | *Check all that apply.* | |
| | **17 Logging Trail Ln** | ☐ Contingent | |
| | **Brookfield, CT 06804** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,043.02 $1,043.02 |
| | **Gisselle Rosado** | *Check all that apply.* | |
| | **121 Locust St** | ☐ Contingent | |
| | **Naugatuck, CT 06770** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.28 $556.28 |
| | **Guri Dauti** | *Check all that apply.* | |
| | **6 Weldon Woods Rd** | ☐ Contingent | |
| | **New Fairfield, CT 06812** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

Debtor   **Starion Energy, Inc.**                                  Case number (if known)  _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,895.59 | $2,895.59 |

**2.11**  Priority creditor's name and mailing address

**Henry Jensen**
**104 Old Field Rd**
**Southbury, CT 06488**

As of the petition filing date, the claim is:     $2,895.59   $2,895.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12**  Priority creditor's name and mailing address

**Ivette Arce**
**37 Danna Marie Drive**
**Waterbury, CT 06708**

As of the petition filing date, the claim is:     $1,067.50   $1,067.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13**  Priority creditor's name and mailing address

**James McFarland**
**45 Turkey Hill Rd**
**Newtown, CT 06470**

As of the petition filing date, the claim is:     $2,674.41   $2,674.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14**  Priority creditor's name and mailing address

**Jhussette Kelly**
**694 Third Ave**
**West Haven, CT 06516**

As of the petition filing date, the claim is:     $917.86   $917.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Starion Energy, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,246.50 | $2,246.50 |
|---|---|---|---|---|
| | **Jon Rodriguez**<br>**44 Hickory Lane**<br>**Watertown, CT 06795** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,653.10 | $1,653.10 |
|---|---|---|---|---|
| | **Kristin Corbett**<br>**333 Steinmann Ave**<br>**Middlebury, CT 06762** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,005.81 | $2,005.81 |
|---|---|---|---|---|
| | **Kurt Hogentogler**<br>**27 Huckleberry Rd**<br>**Avon, CT 06001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,781.39 | $2,781.39 |
|---|---|---|---|---|
| | **Laura Field**<br>**964 B Inwood Circle**<br>**Southbury, CT 06488** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Starion Energy, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,989.82 | $1,989.82 |

**Lisa Schmidt**
**19 Tomlinson Ave**
**Terryville, CT 06786**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,364.09 | $1,364.09 |

**Michael  Mercer**
**39 Morin St**
**Oakville, CT 06779**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,418.65 | $1,418.65 |

**Nicholas Dunn**
**71 Garfield Ave, FL 1**
**Danbury, CT 06810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,011.62 | $4,011.62 |

**Peter Muzsi**
**105 Harbor Drive, #127**
**Stamford, CT 06902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Starion Energy, Inc.**                                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Robert Bassett**<br>**50 Saw Mill Rd, Apt 8210**<br>**Danbury, CT 06810** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,941.86 $2,941.86 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.24 | Priority creditor's name and mailing address<br>**Robert Pinella**<br>**21 Candlelight Dr**<br>**Danbury, CT 06810** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,636.13 $3,636.13 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.25 | Priority creditor's name and mailing address<br>**Robert Zappone**<br>**323 Cedar Mountain Rd**<br>**Thomaston, CT 06787** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,023.23 $8,023.23 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.26 | Priority creditor's name and mailing address<br>**Ruzhdi Dauti**<br>**6 Weldon Woods Rd**<br>**New Fairfield, CT 06812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,466.95 $7,466.95 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Starion Energy, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,809.78 | $1,809.78 |
| | **Samantha Curry** | *Check all that apply.* | | |
| | **49 Mead Ridge Rd** | ☐ Contingent | | |
| | **Ridgefield, CT 06877** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,026.20 | $10,026.20 |
| | **State of Connecticut** | *Check all that apply.* | | |
| | **Department of Revenue Services** | ☐ Contingent | | |
| | **450 Columbus Blvd., Ste 1,** | ☐ Unliquidated | | |
| | **Hartford, CT 06102** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.29** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.12 | $785.12 |
| | **State of Maryland** | *Check all that apply.* | | |
| | **Comptroller of Maryland** | ☐ Contingent | | |
| | **Revenue Administration Division** | ☐ Unliquidated | | |
| | **110 Carroll Street** | ☐ Disputed | | |
| | **Annapolis, MD 21411** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187,367.93 | $187,367.93 |
| | **State of New Jersey** | *Check all that apply.* | | |
| | **Division of Taxation** | ☐ Contingent | | |
| | **P.O. Box 046** | ☐ Unliquidated | | |
| | **Trenton, NJ 08646** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

Debtor   **Starion Energy, Inc.**                                        Case number (if known) _____
         Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,687.71 | $17,687.71 |

**State of New York**
**NYS Assessment Receivables**
**P.O. Box 4127**
**Binghamton, NY 13902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        Basis for the claim:

Last 4 digits of account number                        Is the claim subject to offset?
Specify Code subsection of PRIORITY                     ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)                 ☐ Yes

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |

**State of New York**
**NYS Assessment Receivables**
**P.O. Box 4127**
**Binghamton, NY 13902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        Basis for the claim:

Last 4 digits of account number                        Is the claim subject to offset?
Specify Code subsection of PRIORITY                     ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)                 ☐ Yes

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,691.07 | $8,691.07 |

**State of Ohio**
**Department of Taxation**
**P.O. Box 181140**
**Columbus, OH 43216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        Basis for the claim:

Last 4 digits of account number                        Is the claim subject to offset?
Specify Code subsection of PRIORITY                     ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)                 ☐ Yes

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,424.81 | $4,424.81 |

**Steven Haigh**
**642 Watertown Rd**
**Middlebury, CT 06762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                        Basis for the claim:

Last 4 digits of account number                        Is the claim subject to offset?
Specify Code subsection of PRIORITY                     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                 ☐ Yes

Debtor  **Starion Energy, Inc.**                                    Case number *(if known)* _____

_____
Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,180.33 | $5,180.33 |

**2.35** Priority creditor's name and mailing address
**Todd Carew**
**900 Bunker Hill Rd**
**Danbury, CT 06810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,180.33   $5,180.33

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36** Priority creditor's name and mailing address
**Tom Stiner**
**857 Reservoir Rd**
**Southbury, CT 06488**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,501.72   $7,501.72

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Ally Bank**
**P.O. Box 49050**
**Charlotte, NC 28277**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,455.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Bank of America**
**100 North Tryon Street**
**Suite 170**
**Charlotte, NC 28202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$84,877.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Cima Energy LP**
**100 Waugh Drive**
**Suite 500**
**Houston, TX 77007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Starion Energy, Inc.**                                    Case number (if known) _____
         <u>Name</u>

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.4**  Nonpriority creditor's name and mailing address  
**Commonwealth of Massachusetts**  
**Office of the Attorney General**  
**One Ashburton Place**  
**Boston, MA 02108**

As of the petition filing date, the claim is: *Check all that apply.*  _____ **Unknown**  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim:  <u>Litigation</u>  
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5**  Nonpriority creditor's name and mailing address  
**Destan Kupa**  
**14 Niagara Street**  
**Staten Island, NY 10301**

As of the petition filing date, the claim is: *Check all that apply.*  **$200,000.00**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim: __  
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6**  Nonpriority creditor's name and mailing address  
**Eckert Seamans Cherin & Mellott LLC**  
**1717 Pennsylvania Avenue, N.W**  
**Washington, DC 20006**

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim: __  
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7**  Nonpriority creditor's name and mailing address  
**Emera Energy Services, Inc.**  
**1223 Lower Water St**  
**Halifax, NS, B3J**

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim: __  
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8**  Nonpriority creditor's name and mailing address  
**Fisnik Bizati**  
**147 Graham Ridge Road**  
**Naugatuck, CT 06770**

As of the petition filing date, the claim is: *Check all that apply.*  **$285,000.00**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim: __  
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9**  Nonpriority creditor's name and mailing address  
**GF Star IV LLC**  
**305 S. BOULEVARD**  
**Tampa, FL 33609**

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim:  <u>Convertible interest</u>  
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10**  Nonpriority creditor's name and mailing address  
**ISO New England**  
**1 Sullivan Rd**  
**Holyoke, MA 01040**

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Date(s) debt was incurred __  
Last 4 digits of account number __

Basis for the claim: __  
Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Starion Energy, Inc.**
Name
Case number (if known) _____

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,450,000.00 |
|---|---|---|---|

**Loanstars LLC**
**6 Weldon Woods Drive**
**New Fairfield, CT 06812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285,000.00 |
|---|---|---|---|

**Nevzat Bizati**
**143 Graham Ridge Road**
**Naugatuck, CT 06770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NY ISO**
**10 Krey Boulevard**
**Rensselaer, NY 12144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285,000.00 |
|---|---|---|---|

**Petrit Bizati**
**139 Graham Ridge Road**
**Naugatuck, CT 06770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**PJM ISO**
**2750 Monroe Blvd**
**Norristown, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 338,809.24 |
| 5b. Total claims from Part 2 | 5b. + | $ 6,617,332.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,956,141.24 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Starion Energy, Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
| --- | --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Landord for corporate headquarters** | |
| | State the term remaining | **April 30, 2020** | **751 Straits Turnpike LLC**<br>**PO Box 28**<br>**Watertown, CT 06795** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **AGR Group, LLC**<br>**8550 Ulmerton Road**<br>**Suite 160**<br>**Largo, FL 33771** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2017 Chevy Tahoe** | |
| | State the term remaining | **1/1/2021** | **Ally Bank**<br>**P.O. Box 78234**<br>**Phoenix, AZ 85062** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Customized Energy Solutions, Ltd.**<br>**1528 Walnut Street**<br>**22nd Floor**<br>**Philadelphia, PA 19102** |
| | List the contract number of any government contract | | |

Debtor 1   **Starion Energy, Inc.**                                    Case number *(if known)* _____
　　　　　 First Name　　Middle Name　　　　Last Name

## ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**　　　　　State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **EC Info Systems** |
| | | | **333 Earle Ovington Blvd** |
| | List the contract number of any government contract | _____ | **Suite 102** |
| | | | **Uniondale, NY 11553** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Emera Energy Services, Inc.** |
| | | | **1223 Lower Water St** |
| | List the contract number of any government contract | _____ | **Halifax, NS, B3J** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Cadillac Escalade** | |
|---|---|---|---|
| | State the term remaining | **1/24/2019** | **GM Financial Leasing** |
| | | | **P.O Box 100** |
| | List the contract number of any government contract | _____ | **Williamsville, NY 14231** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Land Rover, Range** | |
|---|---|---|---|
| | State the term remaining | **3/2/2020** | **Land Rover Financial** |
| | | | **C/o Chase** |
| | List the contract number of any government contract | _____ | **P.O. Box 78074** |
| | | | **Phoenix, AZ 85062** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Loyalty Solutions, LLC** |
| | | | **350 Fairfiled Avenue** |
| | List the contract number of any government contract | _____ | **Suite 400** |
| | | | **Bridgeport, CT 06604** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Mercedes-Benz GLC300W4** | |
|---|---|---|---|
| | State the term remaining | **10/20/2020** | **Mercedes-Benz Financial** |
| | | | **P.O. Box 5209** |
| | List the contract number of any | | **Carol Stream, IL 60197** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1  **Starion Energy, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract _____  _____

| | |
|---|---|
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Nexxa Group, Inc.** |
| List the contract number of any government contract | **12734 Kenwood Lane**<br>**Suite 87**<br>**Fort Myers, FL 33907** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Quantum Gas & Power Services, Ltd.** |
| List the contract number of any government contract | **12305 Old Huffmeister Rd,**<br>**Cypress, TX 77429** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Shortel SC, LLC** |
| List the contract number of any government contract | **3820 Palmetto Drive**<br>**Myrtle Beach, SC 29577** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Telelink, LLC** |
| List the contract number of any government contract | **562 Nellis Street**<br>**Apt 6**<br>**Masury, OH 44438** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Telestars LLC** |
| List the contract number of any government contract | **168-170 West State Street**<br>**Sharon, PA 16146** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Trusted TPV**<br>**P.O. Box 782361**<br>**Orlando, FL 32878** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Starion Energy, Inc.**                                          Case number *(if known)* _____
     First Name       Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

2. **List all contracts and unexpired leases**

                                                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          State the term remaining

       List the contract number of any
             government contract    _____

**Fill in this information to identify the case:**

Debtor name ___**Starion Energy, Inc.**_____

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Starion Energy, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$102,641,000.00** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$111,293,000.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$108,700,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    SEE ATTACHMENT

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Starion Energy, Inc.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ **None.**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---
**Part 3:    Legal Actions or Assignments**
---

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gruber v. Starion Energy, Inc.** **HHD-CV-17-6075408-S** | | **Superior Court of Connecticut** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Eisenband v. Starion Energy, Inc.** **17-80195-CIV-MARRA** | | **U.S. District Court Southern District of Florida** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Camuso, et al. v. Starion Energy, Inc.** **1:17-cv012215** | | **U.S. District Court District of Massachusetts** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | **Commonwealth of Massachusetts v. Starion Energy Inc., et al.** **18-3199** | | **Superior Court of Massachusetts** | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ **None**

---
**Part 4:    Certain Gifts and Charitable Contributions**
---

Debtor   __Starion Energy, Inc._____     Case number *(if known)* _____

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **American Cancer Society**<br>**250 Williams Street NW**<br>**Atlanta, GA 30303** | | | **$6,100.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Brookfield Pop Warner**<br>**Brookfield, CT 06804** | | | **$1,965.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Connecticut Cancer**<br>**Foundation**<br>**15 N Main St**<br>**Old Saybrook, CT 06475** | | | **$64,610.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Joe Garassino Foundation**<br>**Thomaston Savings Bank**<br>**565 Main Street**<br>**Watertown, CT 06795** | | | **$2,200.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **Walmart (Food and Toy Bank)**<br>**Naugatuck, CT 06770** | | | **$1,504.43** |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. Payments related to bankruptcy

Debtor  **Starion Energy, Inc.**                                    Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC** **1201 N. Orange Street** **Suite 300** **Wilmington, DE 19801** | | **11/8/18** | **$75,000.00** |
| | Email or website address **rgellert@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Spark HoldCo, LLC** | **Sale of certain customer lists** | **10/19/18** | **$10,700,000.00** |
| | Relationship to debtor **None** | | | |

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Starion Energy, Inc.**                                    Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:
   Name of plan                                      Employer identification number of the plan
   **Starion Energy Inc. 401(k) Profit Sharing Plan and Trust**    EIN:

   Has the plan been terminated?
   ■ No
   ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Peoples United Bank** | XXXX-4615 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/19/17** | **$4,366.02** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Starion Energy, Inc.**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor    **Starion Energy, Inc.** _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Tom Stiner**<br>**Starion Energy, Inc.**<br>**P.O. Box 845**<br>**Middlebury, CT 06762** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Tom Stiner**<br>**Starion Energy, Inc.**<br>**P.O. Box 845**<br>**Middlebury, CT 06762** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Tom Stiner**<br>**Starion Energy, Inc.**<br>**P.O. Box 845**<br>**Middlebury, CT 06762** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Zappone | 323 Cedar Mountatin Rd<br>Thomaston, CT 06787 | Shareholder | 17.18 |

Debtor   **Starion Energy, Inc.**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Dashmir Murtishi | 224 Hidden Pond Dr. Watertown, CT 06795 | Shareholder | 17.04 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Fitor Mamudi | 17 Logging Trail Lane Brookfield, CT 06804 | Shareholder | 17.04 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Floresha Dauti | 3 Weldon Woods Road New Fairfield, CT 06812 | Shareholder | 18.34 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ruzhdi Dauti | 6 Weldon Woods Road New Fairfield, CT 06812 | Shareholder | 18.66 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Destan Kupa | 14 Niagara Street Staten Island, NY 10301 | Shareholder | 5.64 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Kujtim Rifati | 145 Mt Pleasant Rd Newtown, CT 06470 | Shareholder | 0.55 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Shpendi Lena | 18 Madison Avenue New Fairfield, CT 06812 | Shareholder | 0.55 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Steven Haigh | 642 Watertown Rd Middlebury, CT 06762 | Shareholder | 1.53 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Jane Ellis | 24 Saltus Lane Old Saybrook, CT 06475 | Shareholder | 1.53 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Tom Stiner | Starion Energy, Inc. P.O. Box 845 Middlebury, CT 06762 | Shareholder | 1.53 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **Starion Energy, Inc.**                                    Case number *(if known)* _____

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ruzhdi Dauti**<br>**6 Weldon Woods Road**<br>**New Fairfield, CT 06812**<br><br>**Relationship to debtor**<br>**Shareholder** | **1,005,262.31** | | |
| 30.2. | **Fitor Mamudi**<br>**17 Logging Trail Lane**<br>**Brookfield, CT 06804**<br><br>**Relationship to debtor**<br>**Shareholder** | **969,366.32** | | |
| 30.3. | **Dashmir Murtishi**<br>**224 Hidden Pond Dr.**<br>**Watertown, CT 06795**<br><br>**Relationship to debtor**<br>**Shareholder** | **969,366.82** | | |
| 30.4. | **Robert Zappone**<br>**323 Cedar Mountatin Rd**<br>**Thomaston, CT 06787**<br><br>**Relationship to debtor**<br>**Shareholder** | **974,045.89** | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                               **Employer Identification number of the parent corporation**

---

Debtor    **Starion Energy, Inc.**                                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/14/18

_____          **Thomas Stiner**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Controller**   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS**

**STARION ENERGY, INC.**

**CERTAIN TRANSFERS MADE BEFORE FILING FOR BANKRUPTCY**

**Starion Energy Inc.**
**Supplier payment listing 8/17/2018-11/14/2018**

| Suppliers | |
|---|---|
| PJM Interconnection | $9,193,509.65 |
| Emera Energy | $7,567,544.39 |
| Nextera Energy Power Mktg LLC | $2,961,296.00 |
| Gruber v Starion Energy Settlement Fund | $1,563,681.00 |
| Telestars LLC | $675,515.00 |
| NJ Div of Taxation--Sales & Use Tax | $604,154.37 |
| New York ISO | $555,976.51 |
| Flex Marketing, LLC | $277,719.93 |
| CIMA | $268,495.49 |
| Telelink LLC | $241,719.80 |
| GF-Star, LLC | $204,959.80 |
| Loan Stars LLC | $166,520.55 |
| Brookfield Energy Marketing LP | $130,000.00 |
| American Express | $114,427.04 |
| Anthem Blue Cross Blue Shield | $111,218.58 |
| Akin Gump Strauss Hauer & Feld LLP | $109,923.50 |
| EC Infosystems | $99,238.94 |
| ShoreTek | $98,696.30 |
| Customized Energy Solutions | $98,351.55 |
| Direct Energy dba Energy America LLC | $85,000.00 |
| KeyBank | $78,989.09 |
| Walden Macht & Haran LLP | $122,268.37 |
| Gellert Scali Busenkell & Brown, LLC | $75,000.00 |
| Emmet, Marvin & Martin, LLP | $69,535.40 |
| Krieger Kim & Lewin LLP | $54,941.80 |
| NYS Department of State | $50,671.44 |
| Reardon Scanlon Vodola Barnes LLP | $50,000.00 |
| 751 Straits Turnpike, LLC | $36,900.00 |
| MBAF, LLC | $30,832.35 |
| Commissioner of Revenue Services | $30,382.00 |
| Belcher Fitzgerald LLP | $30,000.00 |
| Commonwealth of Massachusetts | $29,520.28 |
| Lincoln Financial Group | $29,241.80 |
| Arnold & Porter Kaye Scholer LLP | $28,995.00 |
| Dept of Revenue Services-CT | $27,846.00 |
| DeForest Koscelnik Yokitis & Berardinelli | $25,000.00 |
| A.A Dority | $21,750.00 |
| Massachusetts Dept Of Revenue | $20,160.00 |
| Morvillo Abramowitz Grand Iason & Anello | $20,000.00 |
| NYC. Department of Finance | $19,923.94 |
| Utility Advocate LLC | $17,500.00 |
| Loyalty Solutions LLC | $17,237.95 |
| AGR Group, LLC | $16,718.51 |
| Commonwealth of Pennsylvania - PUC | $15,947.00 |

**Starion Energy Inc.**
**Supplier payment listing 8/17/2018-11/14/2018**

| Suppliers | |
|---|---|
| Quantum Gas & Power Services, Inc. | $15,522.18 |
| Ohio Department of Taxation-Sales | $15,173.14 |
| Feldman, Sol | $14,882.90 |
| Public Service Commission DC | $14,504.00 |
| Greenberg Traurig, LLP | $13,557.50 |
| DTE Energy Trading Inc. | $13,050.00 |
| SD Consulting | $11,538.46 |
| TrustedTPV, LLC | $11,397.68 |
| Retail Energy Supply Association | $10,961.13 |
| Bizati, Fisnik | $10,775.34 |
| Bizati, Nevzat | $10,775.34 |
| Bizati, Petrit | $10,775.34 |
| New Jersey Division of Taxation | $10,510.00 |
| Transcontinental Gas Pipe Line Company | $10,482.65 |
| Porsche Financial Services | $10,389.60 |
| Eckert Seamans | $10,221.11 |
| Drexel Hamilton LLC | $10,000.00 |
| USPS | $10,000.00 |
| DePino Associates LLC | $9,571.50 |
| CT Dept of Ener&Envl P | $8,808.96 |
| UA  Audit | $7,788.03 |
| Kupa, Destan | $7,561.65 |
| Public Utilities Commission of Ohio | $7,441.47 |
| Citizen's Oil Offices EOP 90 | $7,349.69 |
| Focus 10 Life | $7,342.95 |
| Bank Of America | $6,784.77 |
| Green Crown Energy | $6,743.27 |
| Cognitive Energy LLC | $4,800.00 |
| Metat LLC | $1,880.80 |
| Comcast- Fiber Con 5265 | $1,444.53 |
| Dauti, Adriana | $1,300.00 |
| Vorys, Sater, Seymour and Pease LLP | $1,214.00 |
| Texas Eastern Transmission, LP | $1,141.74 |
| Thomson Reuters | $985.77 |
| Tennessee Gas Pipeline Company, LLC | $921.99 |
| NRG Networks Hosting LLC | $719.63 |
| Baltimore Gas & Electric--CUB | $498.50 |
| ACT Group | $290.78 |
| Aranda, Felicita A. | $209.83 |
| Thomas, Mark | $184.75 |
| Man Lee, Byung | $150.00 |
| TransCanada Pipelines Limited | $138.17 |
| Bevan, Mosca & Giuditta, P.C. | $115.00 |
| Wallace, Robin | $100.50 |

**Starion Energy Inc.**
**Supplier payment listing 8/17/2018-11/14/2018**

| Suppliers | |
|---|---:|
| Czurlains, Ann | $97.79 |
| Algonquin Gas Transmission | $92.78 |
| Lexow, Alice | $75.00 |
| Moore, Sherman & Linda | $50.00 |
| UPS | $48.32 |
| Foremost Insurance Group | $32.50 |
| Young, Carol | $21.81 |
| **Grand Total** | **$26,347,732.18** |

## United States Bankruptcy Court
### District of Delaware

In re  **Starion Energy, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dashmir Murtishi** <br> **224 Hidden Pond Dr.** <br> **Watertown, CT 06795** | | **110,292** | |
| **Fitor Mamudi** <br> **17 Logging Trail Lane** <br> **Brookfield, CT 06804** | | **110,292** | |
| **Floresha Dauti** <br> **3 Weldon Woods Road** <br> **New Fairfield, CT 06812** | | **118724** | |
| **Robert Zappone** <br> **323 Cedar Mountatin Rd** <br> **Thomaston, CT 06787** | | **111,178** | |
| **Ruzhdi Dauti** <br> **6 Weldon Woods Road** <br> **New Fairfield, CT 06812** | | **120,753** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Controller** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   4/14/18

Signature

**Thomas Stiner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.