# SIGN-IN SHEET

**CASE NAME:** Starion Energy, Inc.
**CASE NUMBER:** 18-12608 (MFW)
**COURTROOM NUMBER:** 4
**DATE:** December 17, 2018 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ronald Gellert | GSBB | Starion |
| Michael Busenkell | GSBB | Starion |
| Jami Leahy | US Trustee's office | US Trustee |
| Nathan Foster | Commonwealth of MA | Commonwealth of MA |
| Elizabeth Anderson | Commonwealth of MA | Commonwealth of MA |
| Alexander Early | Commonwealth of MA | Commonwealth of MA |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Mary F. Walrath
#### #4

Calendar Date: 12/17/2018
Calendar Time: 02:00 PM ET

2nd Revision  Dec 17 2018  5:32AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Starion Energy, Inc. | 18-12608 | Hearing | 9494477 | John M Craig | (571) 261-5641 ext. | Law Offices of Russell R. Johnson | Interested Party, NStar Electric Company dba Eversource Energy and Massachusetts Electric Compa / LI |
| | | Starion Energy, Inc. | 18-12608 | Hearing | 9497053 | Christy Rivera | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, Emera Energy Services, Inc. / LISTEN ONLY |